IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                       DOCKET NO. 5:04 CR 64-V

    vs.                              **ORDER RE: DEFENDANT'S APPLICATION TO FILE MOTION TO WITHDRAW AS ATTORNEY**
KELVIN ANTHONY DULA,          *UNDER SEAL*

      Defendant.

      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, Motion to Withdraw as Attorney, *Filed Under Seal* be filed *under seal*.

      **SO ORDERED**.

                                                   Signed: May 7, 2008

                                                   Carl Horn, III
                                                   United States Magistrate Judge

                                     SEALED DOCUMENT with access to All Parties/Defendants